McCOY SERVICE, INC., Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.*

Supreme Court, Appellate Term, First Department, February 14, 1938.

*Charles T. Russell [Edward T. Blackman* of counsel], for the appellant.

*S. Earl Levene [Emanuel S. Cahn* of counsel], for the respondent.

PER CURIAM. Plaintiff's verdict finds no support in the credible evidence.

Judgment reversed, with thirty dollars costs, and judgment directed for defendant, with costs.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.